PEOPLE, Respondent, v. MARIPOSA COMPANY,
Appellant.

No. 2127; August 2, 1870.

**Taxation—Default Judgment.—In an Action for the Recovery**
of taxes, where the summons does not contain the notice that "the
plaintiff will apply to the court for the relief demanded" in the com-
plaint, a judgment by default must be reversed.

APPEAL from Thirteenth Judicial District, Mariposa
County.

J. B. Campbell for respondent; J. B. Felton & A. Deering
for appellant.

See People v. Mariposa Co., 39 Cal. 683.

RHODES, C. J.—This is an action for the recovery of
taxes assessed on the Mariposa estate for the year 1866. It
is objected by the defendants that the proper notice was not
inserted in the summons in accordance with section 26 of the
Code; and we are of the opinion that the objection must pre-
vail. The action is for the recovery of the taxes and for the
enforcement of a lien upon the real estate for their payment.
The case, therefore, comes within the second subdivision of
section 26, and the summons should have contained the notice
that "the plaintiff will apply to the court for the relief de-
manded therein" (in the complaint). A judgment by de-
fault rendered upon the service of summons which does not
contain the notice prescribed by that section is erroneous.

Judgment reversed and cause remanded.

We concur: Wallace, J.; Sprague, J.; Temple, J.